## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

IN RE:  Richard A Kozarits  ) Chapter 13
Kimberly Kozarits  ) Case No. 19 B 36181
Debtor(s)  ) Judge Deborah L. Thorne

## Notice of Motion

Richard A Kozarits
Kimberly Kozarits
8S336 Vine Street
Willowbrook, IL 60527

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On March 18, 2020 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, March 10, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 12/25/2019.

2. The debtor(s) have failed to resolve the pending objection(s) to the plan.

3. The debtor(s) have failed to amend schedule B to list the value of their assets.

4. The debtors have failed to amend the petition to correctly list their address.

5. The debtors have failed to amend schedule A to correctly list the location of their property.

6. The debtors have failed to amend schedule I to correctly list their income.

7. The debtors have failed to amend the plan to provide interest to their general unsecured creditors as required by their equity in real estate.

8. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE