IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.  19-36181 |
| | ) | |
| Richard A Kozarits | ) | Chapter 13 |
| Kimberly Kozarits | ) | |
| | ) | Judge:  Deborah L. Thorne |
| Debtors | ) | |

**Notice of Objection**

The Debtors object to the Motion for Relief from the Automatic Stay, docket # 56, as to 8S336 Vine Street, Hinsdale, Illinois 60521.

David H. Cutler,
Attorney for the Debtors

/s/ *David H. Cutler*
By:  David H. Cutler

Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtors
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600