Form G5 (20200115_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 19-36181
Richard A. Korzarits )
Kimberly Kozarits ) Chapter: 13
)
) Honorable Deborah L. Thorne
)
) DuPage
Debtor(s) )

## ORDER CONDITIONING THE AUTOMATIC STAY

THIS CAUSE coming on to be heard on the motion of Fifth Third Bank, N.A., its subsidiaries, affiliates, predecessors in interest, successors and/or assigns ("Movant"), for relief from the automatic stay, the Court having jurisdiction over the subject matter;

IT IS HEREBY ORDERED:

1. Movant must receive the following payments by the corresponding dates:

A. Post-petition payments which fall due on the first of each month commencing June 25, 2021 and thereafter, plus any applicable late fee due per the contract if any such payment is late.

B. Post-petition arrearages ($11,929.32), attorneys' fees ($850) and court costs ($188) due as of June 25, 2021 in the total amount of $12,967.32, payable in nine (9) monthly installments, payments the amount of $1,440.81 each commencing July 15, 2021 and on the 15th of each month thereafter until said total arrearage amount is paid in full.

2. Movant must receive the payments provided in Paragraph one (1) on or before the corresponding due dates. If Movant fails to receive any one of the scheduled payments, the repayment schedule is void and the stay pursuant to §362 shall be automatically modified, and Bankruptcy Rule 4001(a)(3) waived, as to Movant, its principals, agents, successors and/or assigns as to certain collateral described as 8S336 Vine Street, Hinsdale, Illinois 60521, fourteen (14) calendar days after mailing notification to the Debtor, the Debtor's attorney and the Trustee, unless during that period the Debtor shall tender funds to bring the loan post-petition current. Movant to file notice of stay termination upon failure to cure. Stay is not modified until notice is filed with the Court.

3. Upon completion of the repayment schedule in Paragraph one 1.B or tender of funds to bring the loan post-petition current, the Debtor must continue to make post-petition mortgage payments directly to Creditor continuing monthly thereafter for the pendency of this bankruptcy case.

4. If thereafter the Movant fails to receive any two (2) consecutive post-petition monthly mortgage payments, the §362 stay shall be automatically terminated, as to Movant, its principals, agents, successors and/or assigns and Bankruptcy Rule 4001(a)(3) waived, as to certain collateral described as 8S336 Vine Street, Hinsdale, Illinois 60521, fourteen (14) calendar days after mailing notification to Debtor, Debtor's attorney, and the Trustee, unless during that period of time the Debtor shall tender funds to bring the loan post-petition current. Movant to file notice of stay termination upon failure to cure. Stay is not modified until notice is filed with the Court.

5. In the event this case is converted to any other Chapter of the Bankruptcy Code, the §362 stay shall be automatically terminated, as to Movant, its principals, agents, successors and/or assigns and

Bankruptcy Rule 4001(a)(3) waived, as to certain collateral described as 8S336 Vine Street, Hinsdale, Illinois 60521 without any further notice to any party. The payment terms set forth in this Order shall become null and void upon dismissal of this bankruptcy case.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 6-28-2021

**Prepared by:**

BONIAL & ASSOCIATES, P.C.
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Movant

Submitted with the review and approval of counsel for Debtor:
Michelle E. Mandroiu
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
847-673-8600
Fax : 847-673-8636
Email: michelle@cutlerltd.com