**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Richard A Kozarits** | : | Case No.: 19-36181 |
| **Kimberly Kozarits** | : | Chapter 13 |
| | : | Judge Deborah L. Thorne |
| **Debtor.** | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

**NOTICE OF MOTION**

TO: See attached list.

     PLEASE TAKE NOTICE that on May 25, 2022, at 9:30 am, I will appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge's place, and present a Motion for Relief from Stay, a copy of which is attached.

     **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

     **Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 and the password is not required. The meeting ID and password can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

     Fifth Third Bank, National Association

By: /s/ Todd J. Ruchman
    Todd J. Ruchman (6271827)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus OH  43216-5028
    Contact email is tjruchman@manleydeas.com

4

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marilyn O Marshall, courtdocs@chi13.com

David H Cutler, Attorney for Richard A Kozarits and Kimberly Kozarits, cutlerfilings@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Richard A Kozarits and Kimberly Kozarits, 8S336 Vine Street, Burr Ridge, IL 60527

Fifth Third Bank, Attn: Bankruptcy, 38 Fountain Square Plaza, Cincinnati, OH 45263

/s/ Todd J. Ruchman

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| **Richard A Kozarits** | : Case No.: 19-36181 |
| **Kimberly Kozarits** | : Chapter 13 |
| | : Judge Deborah L. Thorne |
| **Debtor.** | : * * * * * * * * * * * * * * * * * * * * |
| | : |

# MOTION TO APPROVE AMENDED AGREED ORDER

Fifth Third Bank, National Association ("Creditor") by and through undersigned counsel and respectfully moves this Court for an Order to Amend the Agreed Order previously entered on May 18, 2021 at docket number 71 to resolve Creditor's Motion for Relief from Stay filed at docket number 56 .

Debtor has defaulted on payments pursuant the previously entered Agreed Order, the parties have agreed to a new repay plan to resolve the post-petition default.  The new order will allow Debtor the opportunity to bring the mortgage post-petition current.

Wherefore Creditor respectfully requests this motion be granted and for any further relief this court deems just and proper.

Respectfully submitted,

/s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Keith Levy (6279243)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611

20-000657_CJP

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

20-000657_CJP

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Motion to Approve Amended Agreed Order was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marilyn O Marshall, courtdocs@chi13.com

David H Cutler, Attorney for Richard A Kozarits and Kimberly Kozarits, cutlerfilings@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Richard A Kozarits and Kimberly Kozarits, 8S336 Vine Street, Burr Ridge, IL  60527

Fifth Third Bank, Attn: Bankruptcy, 38 Fountain Square Plaza, Cincinnati, OH  45263

/s/ Todd J. Ruchman

20-000657_CJP