# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | |
| Richard A Kozarits | Case No.: 19-36181 |
| Kimberly Kozarits | Chapter 13 |
| | Judge Deborah L. Thorne |
| Debtor. | * * * * * * * * * * * * * * * * * * * * |

## NOTICE OF WITHDRAWAL OF NOTICE OF FAILRURE TO COMPLY WITH ORDER
## (DOCKET NO. 92)

Now comes Fifth Third Bank, National Association ("Creditor") by and through counsel, and hereby withdraws its Notice of Failure to Comply with Order which was filed in this Court at Docket #92 on September 22, 2022. The Notice is being withdrawn to allow Debtor additional time to provide proof of payments made to Creditor and Creditor time to complete an audit of the post-petition payments made to assure all payment disputes are resolved.

Respectfully submitted,

/s/Edward H. Cahill

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

20-000657_CJP

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Withdrawal of Notice of Failure to Comply with Order was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Marilyn O Marshall, courtdocs@chi13.com

David H Cutler, Attorney for Richard A Kozarits and Kimberly Kozarits, cutlerfilings@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Richard A Kozarits and Kimberly Kozarits, 8S336 Vine Street, Burr Ridge, IL  60527

/s/Edward H. Cahill

20-000657_CJP