UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-36181 |
|---|---|---|
| Richard A Kozarits, | ) | |
| Kimberly Kozarits, | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED REPAYMENT ORDER IN SETTLEMENT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

This case is before the court on the motion of Creditor, U.S. Bank Trust National Association, to modify the automatic stay with respect to 292 Cottontail Trail, Branson West, Missouri 65737. Creditor and Debtor, through their attorneys, agree as follows in settlement of the Motion:

1. As of June 3, 2024, Debtor is delinquent and owing from February 1, 2024 to June 1, 2024, each in the amount of $3,417.58. Creditor has incurred attorney fees and costs as a result of the Motion, in the amount of $1,038.00. The total delinquency to be cured is therefore $16,025.58.

| | |
|---|---|
| Five (5) missed mortgage payments at $3,417.58 | $17,087.90 |
| Suspense Balance | ($2,100.32) |
| Attorneys' Fees & Costs | $1,038.00 |
| Total | $16,025.58 |

2. In addition to the Debtors' regular monthly mortgage payment, Debtors agree to cure the post-petition delinquency in the amount of $16,025.58 by tendering the following payments by the corresponding dates:

   a. $2,670.93 on or before July 15, 2024;
   b. $2,670.93 on or before August 15, 2024;
   c. $2,670.93 on or before September 15, 2024;
   d. $2,670.93 on or before October 15, 2024;
   e. $2,670.93 on or before November 15, 2024;
   f. $2,670.93 on or before December 15, 2024;

The aforesaid payments shall be made payable to Selene Finance LP, 3501 Olympus Boulevard 5th Floor, Suite 500 Dallas, Texas 75019 and received in the form of money orders, cashiers' checks, or ACH payments.

3. If Creditor does not receive any two payments required under Paragraph 2 by the date due, Creditor may issue a Notice of the Default stating the amount of the default and giving the debtor 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the debtor and the debtor's lawyer. If the debtor does not cure the default within 14 days from the filing date of the Notice of Default, then Creditor may file a Notice of Termination of the Stay with a certificate of service on the debtor and the debtor's lawyer. The Notice of Termination terminates the automatic stay to permit Creditor to exercise its in rem rights under non-bankruptcy law in the

collateral, effective on the date the Notice of Termination is filed. The stay in Rule 4001(a)(3) does not apply to the Notice of Termination.

4. If Debtor brings the loan post-petition current within that 14-day period, proof of cure must be received by Secured Creditor's attorneys via e-mail, and at 205 N. Michigan Avenue, Suite 810, Chicago, IL 60601 within fourteen (14) days from the date the Notice of Default was sent.

| /s/ Samantha C. San Jose | /s/ Michelle E. Mandroiu |
|---|---|
| Attorney for Creditor | Attorney for Debtor |

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  June 18, 2024

**Prepared by:**

Samantha C. San Jose
Attorney for Secured Creditor
205 N. Michigan Avenue Suite 810
Chicago, Illinois  60601
(833) 424-1715
ssanjose@raslg.com