# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 19-36181 |
| | ) Honorable Benjamin Goldgar |
| Richard A Kozarits, | |
| Kimberly Kozarits, | ) Chapter 13 |
| | ) |
| Debtors. | ) |

## NOTICE OF DEFAULT

TO:   Debtor:
      Richard A Kozarits
      8S336 Vine Street
      Burr Ridge, IL 60527

      Kimberly Kozarits
      8S336 Vine Street
      Burr Ridge, IL 60527

   Counsel for Debtor:
      David H Cutler
      Cutler & Associates, Ltd.
      4131 Main St.
      Skokie, IL 60076

VIA E-MAIL AND CERTIFIED U.S. MAIL

Re: Notice of Default for Richard A Kozarits and Kimberly Kozarits ; Case No: 19-36181

Our office represents Selene Finance LP, servicer for U.S. Bank Trust National Association, not in its Individual Capacity but solely as Owner Trustee for RCF 2 Acquisition Trust ("Secured Creditor"), the servicer of a mortgage on your property located at 292 Cottontail Trail, Branson West, Missouri 65737. This as a Notice of Default under the terms of the Agreed Order, entered on June 18, 2024, Docket Entry #111, in Settlement of Motion to Modify Stay filed by Secured Creditor.

The breakdown of the default is as follows:

| | | |
|---|---|---|
| 1 Stipulated Order Payment(s) @ $2,670.93 | 09/15/2024 | $2,670.93 |
| 2 Regular Payment(s) @ $3,417.58 each | 09/01/2024-10/01/2024 | $6,835.16 |
| Suspense | | ($746.65) |

**Total Amount Due to Cure Default:**                                            **$8,759.44**

The address where payments should be sent is:

**Selene Finance LP**
**3501 Olympus Boulevard 5th**
**Floor, Suite 500**
**Dallas, Texas 75019**

Pursuant to the Agreed Order, if the default is not cured by payment to Secured Creditor within fourteen (14) days of the date of mailing of this Notice of Default, Secured Creditor shall have the right to file an order indicating that the automatic stay is terminated.

Please notify the undersigned once the payment has been sent and provide proof of the payment.

Sincerely,
Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**/s/ *Samantha C. San Jose***
Samantha C. San Jose #6319469
Attorney for Secured Creditor
205 N. Michigan Avenue, Suite 810
Chicago, IL 60601
Telephone: (833) 424-1715
Email: ssanjose@raslg.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served on the following parties via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following on __October 30, 2024_:

| | |
|---|---|
| Richard A Kozarits<br>8S336 Vine Street<br>Burr Ridge, IL 60527 | Debtor |
| Kimberly Kozarits<br>8S336 Vine Street<br>Burr Ridge, IL 60527 | Joint Debtor |
| David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Attorney for Debtor |
| Adam Brief<br>Office of the U. S. Trustee, Region 11<br>219 South Dearborn<br>Room 873<br>Chicago, IL 60604 | Chapter 13 Trustee |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | US Trustee |

**/s/ Samantha C. San Jose_____**