**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Richard A Kozarits |
| Debtor 2 (Spouse, if filing) | Kimberly Kozarits |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 19-36181 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

**12/16**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ Investors, LP

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 1265

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. | Attorney fees | | (3) $ | |
| 4. | Filing fees and court costs | | (4) $ | |
| 5. | Bankruptcy/Proof of claim fees | 03/04/2020 $650.00 POC 410; 03/04/2020 $250.00 POC 410A | (5) $ | 900.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. | Property inspection fees | | (7) $ | |
| 8. | Tax advances (non-escrow) | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | (9) $ | |
| 10. | Property preservation expenses. Specify: | | (10) $ | |
| 11. | Other. Specify: Plan Review | 02/21/2020 | (11) $ | 300.00 |
| 12. | Other. Specify: Objection | 02/28/2020 | (12) $ | 500.00 |
| 13. | Other. Specify: | | (13) $ | |
| 14. | Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Richard A Kozarits | Case number (*if known*) | 19-36181 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and sate your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Nisha B. Parikh | Date | 06/22/2020 |
|---|---|---|---|---|
| | | Signature | | |

| Print: | Nisha B. Parikh | Title | Attorney for Creditor |
|---|---|---|---|

| Company: | Diaz Anselmo Lindberg LLC |
|---|---|

| Address: | 1771 W. Diehl Rd., Suite 120 |
|---|---|
| | Number   Street |
| | Naperville   IL   60563 |
| | City   State   Zip Code |

| Contact phone | (630) 453-6960 | Email | ILbankruptcy@dallegal.com |
|---|---|---|---|

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page 2

**IN THE UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 19-36181 |
| Richard A Kozarits;<br>Kimberly Kozarits; | CHAPTER 13 |
| | JUDGE Deborah L. Thorne |
| Debtor(s). | |

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2020, a true and correct copy of the foregoing "Notice of Postpetition Mortgage Fees, Expenses, and Charges" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David H Cutler, Debtor's Counsel

    Marilyn O Marshall, Trustee

    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Richard A Kozarits, 8S336 Vine Street, Burr Ridge, IL  60527

    Kimberly Kozarits, 8S336 Vine Street, Burr Ridge, IL  60527

                                    /s/Victoria Shouse

                          Diaz Anselmo Lindberg LLC
                          1771 W. Diehl Rd., Ste. 120
                          Naperville, IL 60563-4947
                          630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
                          ILbankruptcy@dallegal.com
                          Firm File Number: B20020042